SYBIL KAUFMAN v.
JOSEPH PANNUCCIO a/k/a JOSEPH PAYNE.

CITY OF PASSAIC v. JOSEPH (PAYNE) PANNUCCIO.

December 12, 1972. Petition for certification denied. (See 121 *N. J. Super.* 27)

DONALD E. WILLIAMS v. THOMAS DRIBER.

December 12, 1972. Petition for certification dismissed as moot.

STEPHEN H. PAINTER, JR. v. JOAN PAINTER.

December 20, 1972. Certification to Superior Court, Chancery Division granted.

ELIZABETH McLAUGHLIN v. CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY.

December 20, 1972. Certification to Department of Civil Service granted.

STATE OF NEW JERSEY v. WILLIAM J. SMITH.

January 9, 1973. Petition for certification granted.